UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHEN J. MASTRIANNI )
)
v. ) C.A. 10-229M
)
MICHAEL J. ASTRUE, )
Commissioner of the Social )
Secuirty Administration )

## ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated July 13, 2011 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to Reverse the Decision of the Commissioner is DENIED and the Defendant's Motion to Affirm the Decision of the Commissioner is GRANTED.

BY ORDER

/s/ John McConnell

John J. McConnell, Jr.
United States District Judge
August 2, 2011